IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10384
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CHARLES WELDON MAY,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:96-CV-6-X
- - - - - - - - - -
August 18, 1997

Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

        Charles Weldon May, # 26221-077, appeals the district court's denial of his motion for rehearing in regard to the district court's denial of his § 2255 motion.  May's appellate brief does not address the order denying rehearing but instead challenges the calculation of his original sentence.  May's appeal is frivolous, and we dismiss it pursuant to 5th Cir. R. 42.2.

_____

        [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

APPEAL DISMISSED.